IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARIA GARCIA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:11-CV-0502-N-BK |
| § | |
| GARLAND INDEPENDENT SCHOOL § | |
| DISTRICT, § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The Court orders that the Defendant's Motion to Dismiss (Doc. 20) be granted, only in part, and that the Plaintiff's disparate treatment claims be Dismissed with Prejudice. It is further ordered that the Defendant's Motion to Dismiss (Doc. 17) be terminated as moot.

SO ORDERED this 9th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE