IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil No. 3:11-CV-0502-N-BK |
| | § | |
| | § | |
| GARLAND INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 24th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **MARIA GARCIA,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil No. 3:11-CV-0502-N-BK |
| § | |
| § | |
| **GARLAND INDEPENDENT SCHOOL** § | |
| **DISTRICT,** § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF**
**THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE